UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALVON SHONEER SURRELL, SR.,<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY, *et al.*,<br><br>Defendants. | Case No.: 3:17-CV-00270-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 31) |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 31[1]) entered on October 23, 2019, recommending that the Court dismiss this action due to the Plaintiff's failure to keep the Court apprised of his current address and failure to prosecute this action. No objection to the Report and Recommendation has been filled.

This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

IT IS HEREBY ORDERED that Magistrate Judge Cobb's Report and Recommendation (ECF No. 31) entered on October 23, 2019, is ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that this action is DISMISSED with PREJUDICE.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment (ECF No. 22) is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Clerk of the Court shall close this case.

IT IS SO ORDERED.

Dated this 26th day of December, 2019.

_____
ROBERT C. JONES
Senior District Judge